UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**QUEZADA**, *on behalf of himself and all others similarly situated*,

        Plaintiff,

        - against -

**KC HAWAII,**

        Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/1/2021__

20-cv-10466(ALC)
**Order To Show Cause**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff filed a complaint initiating this action on December 10, 2020. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The 90-day period permitted under Rule 4(m) has expired. To date, there has been no proof of service filed with respect to the Defendant, nor has there been any application for the extension of time that shows good cause for such failure. Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing no later than **April 8, 2021**, why this case should not be dismissed without prejudice pursuant to Rule 4(m).

**SO ORDERED.**

Dated: New York, New York
       April 1, 2021

*/s/ Andrew L. Carter*
_____
ANDREW L. CARTER, JR.
United States District Judge